IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **BOARD OF TRUSTESS OF WESTERN STATES OFFICE AND PROFESSIONAL EMPLOYEES PENSION FUND**, | Case No. 3:10-CV-01108-KI |
| Plaintiff, | SUPPLEMENTAL JUDGMENT |
| vs. | |
| **MARANA BENEFITS ADMINISTRATION, INC.**, a California corporation, | |
| Defendant. | |

Daniel L. Steinberg
Donald H. Grim
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, Oregon  97201

Attorneys for Plaintiff

Page 1 - SUPPLEMENTAL JUDGMENT

KING, Judge:

Plaintiff's Motion for an Award of Attorney Fees and Costs [25] is granted.

Plaintiff is awarded $13,471.50 in attorney fees and $2,502.52 in costs.

IT IS SO ORDERED.

Dated this _____28th_____ day of June, 2011.

 

 

_____/s/ Garr M. King_____
Garr M. King
United States District Judge

Page 2 - SUPPLEMENTAL JUDGMENT